**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6343**

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ROBERT PADGETT, a/k/a Snoop,

                                        Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Joseph Robert Goodwin, District Judge.  (CR-98-48, CA-00-788-3)

Submitted:  April 17, 2003          Decided:  April 24, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Padgett, Appellant Pro Se. Lisa Annette Green, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Padgett seeks to appeal the district court's order denying relief on his motion under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Padgett has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2